# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

1) UNITED STATES OF AMERICA et al.
                    Plaintiff(s)

vs.                                        Case Number: 4:15-cv-00663-CVE-TLW

1) THE DOE RUN RESOURCES CORP et al
                    Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

    Intervenor-Plaintiff ASARCO LLC

---

March 22, 2016
Date

Type of Appointment: [✓] Retained    [ ] CJA

[ ] FPD    [ ] Pro Bono    [ ] Pro Se

22548
Oklahoma State Bar Number (If Applicable)

adoverspike@gablelaw.com
e-mail address

/s/Adam C. Doverspike
Signature

Adam C. Doverspike
Print Name

GableGotwals
Firm Name

100 West Fifth Street, Suite 1100
Mailing Address

Tulsa      OK      74103
City      State      Zip Code

(918) 595-4800      (918) 595-4990
Phone Number      Fax Number

## Certificate of Service

I hereby certify that on 03/22/2016 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Cathryn Dawn McClanahan - cathy.mcclanahan@usdoj.gov

James Costello - james.costello@usdoj.gov

Samuel D. Blesi - sam.blesi@usdoj.gov

Paul Clayton Eubanks - clayton.eubanks@oag.ok.gov

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/Adam C. Doverspike
Signature