# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America, et al.

    Plaintiff(s)

vs.

Case Number: 4:15-cv-00663-CVE-TLW

The Doe Run Resources Corp., et al.

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____The Doe Run Resources Corporation_____
[name of party]

who is a (check one) ☐ PLAINTIFF  ☑ DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

2. **Does party have any parent corporations?**

    (Check one)  ☑ YES  ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

    DR Acquisition Corp. (parent)
    The Renco Group, Inc. (parent of DR Acquisition Corp.)

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  28th  day of  March  , 20 16 .

/s/ Richard A. Ahrens
Signature

Richard A. Ahrens                24757 (Missouri)
Printed Name                     Bar Number

Lewis Rice LLC
Firm Name

600 Washington Avenue, Suite 2500
Address

St. Louis                        MO      63101
City                             State   ZIP

(314) 444-7719                   (314) 612-7719
Phone                            Fax

rahrens@lewisrice.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on ____March 28, 2016____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Cathryn Dawn McClanahan - cathy.mcclanahan@usdoj.gov
James Costello - james.costello@usdoj.gov
Samuel D. Blesi - sam.blesi@usdoj.gov
Paul Clayton Eubanks - clayton.eubanks@oag.ok.gov
Adam C. Doverspike - adoverspike@gablelaw.com

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery
☐ Courier Service        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Richard A. Ahrens
Signature