# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.            Case Number:

THE DOE RUN RESOURCES CO. et al.
Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____
[name of party]

who is a (check one)    ☐ PLAINTIFF    ☐ DEFENDANT    in this action, makes the following disclosure:

     [x]    PLAINTIFF-INTERVENOR

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)    ☐ YES    ☐ NO

2. **Does party have any parent corporations?**

    (Check one)    ☐ YES    ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)    ☐ YES    ☐ NO

    If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES    ☐ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)  ☐ YES    ☐ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this ____ day of _____ , 20__.

_____
Signature

_____
Printed Name                Bar Number

_____
Firm Name

_____
Address

_____
City              State    ZIP

_____
Phone              Fax

_____
Email Address

# CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):




I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service  ☐ In Person Delivery

☐ Courier Service  ☐ E-Mail

on the following, who are not registered participants of the ECF system:


Name(s) and Address(es):



_____
Signature