UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>and STATE OF OKLAHOMA, | )<br>)<br>) | |
| **Plaintiffs**, | )<br>) | |
| v. | )<br>) | Case No. 15-CV-0663-CVE-TLW |
| THE DOE RUN RESOURCES<br>CORPORATION and NL INDUSTRIES, INC., | )<br>)<br>) | |
| **Defendants.** | ) | |

## ORDER

Before the Court are the motions for admission *pro hac vice* (Dkt. ## 11, 12). For good cause shown, the Court finds that the motions should be and are hereby **granted.**

**IT IS THEREFORE ORDERED** that Gregory Evans and Laura G. Brys are admitted *pro hac vice* for the limited purpose of representing proposed plaintiff-intervenor ASARCO LLC in the above-captioned matter.

**Counsel are directed to become familiar with the Local Rules of this District. Counsel shall note the pleading format of this Order and use same on future pleadings and proposed orders.**

**DATED** this 31st day of March, 2016.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE