# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

1) UNITED STATES OF AMERICA et al.
        Plaintiff(s)

vs.

Case Number: 4:15-cv-00663-CVE-TLW

1) THE DOE RUN RESOURCES CORP et al.
        Defendant(s)

## NOTICE OF PARTY NAME CORRECTION

Notice is hereby given of the following party name correction:

   Incorrect Party Name: ASARCO

   Correct Party Name:   ASARCO LLC

/s/Adam C. Doverspike
Signature

Adam C. Doverspike      22548
Printed Name      Bar Number

GableGotwals
Firm Name

100 West Fifth Street, Suite 1100
Address

Tulsa      OK    74103-4217
City      State    Zip

918-595-4800 - office     918-595-4990
Phone     Fax

adoverspike@gablelaw.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on  March 31, 2016          (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): Cathryn Dawn McClanahan
Paul Clayton Eubanks
Richard A. Ahrens
Samuel D. Blesi

I hereby certify that on  March 31, 2016          (Date), I served the same document by

[✓] U.S. Postal Service    [ ] In Person Delivery
[ ] Courier Service        [✓] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es): Gregory Evans and Laura G. Brys
McGuireWoods LLP, 633 West Fifth Street, Floor 67, Los Angeles, CA 90071
James Costello
U.S. Environmental Protection Agency (Dallas), Office of Regional Counsel Superfund Branch
1445 Ross Avenue, Suite 1200, Dallas, TX 75202

/s/Adam C. Doverspike
Signature