UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE DOE RUN RESOURCES CORPORATION, and NL INDUSTRIES, INC.,<br><br>　　　　Defendants.<br><br>ASARCO LLC,<br><br>　　　　Plaintiff-Intervenor,<br><br>vs.<br><br>UNITED STATES OF AMERICA, STATE OF OKLAHOMA, THE DOE RUN RESOURCES CORPORATION, and NL INDUSTRIES, INC.,<br><br>　　　　Defendants. | Civ. Action No. 4:15-CV-663-CVE-TLW |

## **PLAINTIFFS' OPPOSED MOTION TO EXCEED PAGE LIMITATION**

COME NOW Plaintiffs United States of America and the State of Oklahoma on behalf of the United States Environmental Protection Agency and the Oklahoma Department of Environmental Quality respectively, and hereby move the Court for leave to file a brief exceeding by 25 pages the twenty-five page brief limitation of Local Civil Rule 7.2(c).

1.　Pending before the Court is the proposed Consent Decree between Plaintiffs and the Doe Run Resources Corporation and NL Industries, Inc. ("Defendants") (Doc. 3-1). Under the briefing schedule approved by the Court, Plaintiffs' Motion to Enter is due November 22, 2016,

and Plaintiff-Intervenor ASARCO LLC ("Asarco") Response is due on February 24, 2017.

2. The United States has received 28 comments (totaling approximately 90 pages along with 129 pages of exhibits) opposing entry of the proposed Consent Decree. In order to adequately address the comments and arguments raised by the commenters, Plaintiffs request permission to file its Motion to Enter and Memorandum in Support containing an additional 26 pages (exclusive of cover page, table of contents, and Certificate of Service). The United States' and State of Oklahoma's Response to Comments will be attached as a separate exhibit to the Motion to Enter and Memorandum in Support.

3. No previous motions to exceed page limitations have been filed by Plaintiff, and the granting of the relief sought would not result in any delay of the proceedings or prejudice to Asarco as they have 94 days to respond. In compliance with Local Civil Rule 7.2(k), the United States contacted Asarco to inform them of the need to file a brief longer than permitted by the local rules. However, Asarco did not agree with our request and does not consent to this Motion.

4. **WHEREFORE**, the United States respectfully requests leave to exceed the twenty-five page briefing limitation by twenty-six pages, for a total of fifty-one pages, in its Motion to Enter and Memorandum in Support.

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


 /s/ Samuel D. Blesi_____
SAMUEL D. BLESI
Trial Attorney
D.C. Bar # 417818
KENNETH G. LONG
Senior Attorney
D.C. Bar # 414791

2

        Environmental Enforcement Section
        Environment and Natural Resources Division
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        202-514-1466
        Sam.Blesi@usdoj.gov
        Kenneth.Long@usdoj.gov

        DANNY C. WILLIAMS, SR.
        United States Attorney
        Northern District of Oklahoma

        CATHRYN D. McCLANAHAN, OBA No. 14853
        Assistant United States Attorney
        110 West 7th Street, Suite 300
        Tulsa, Oklahoma 74119
        T: 918-382-2700
        cathy.mcclanahan@usdoj.gov

OF COUNSEL:

JAMES E. COSTELLO
Practice Group Leader
Superfund Branch
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 6
1445 Ross Ave, Suite 1200
costello.james@epa.gov

**Certificate of Service**

I hereby certify that on November 21, 2016, I electronically filed the UNITED STATES' MOTION TO EXCEED PAGE LIMITATION AND PROPOSED ORDER using the ECF System for filing.

I hereby further certify that on this same date I caused to be served the UNITED STATES' MOTION TO EXCEED PAGE LIMITATION AND PROPOSED ORDER by U.S. first class mail on the following attorney, who is not a registered participant of the ECF System, at the following addresses:

>Chris Gibson
>Archer and Greiner P.C.
>One Centennial Square
>Haddonfield, NJ 08033

>>s/ Samuel D. Blesi
>>Samuel D. Blesi